TOWN OF FALMOUTH *vs.* DIVISION OF FISHERIES AND GAME & others. November 4, 1966. The plaintiff appeals from an interlocutory decree confirming the master's report and from a final decree dismissing a bill seeking to enjoin the Division of Fisheries and Game from making "use of the land used by the Falmouth Municipal Airport" and to restrain the division "from interfering with the continued use and operation of the Falmouth Municipal Airport on the premises it now occupies." The trial judge was correct in ruling that the "case is governed by the decision in *Executive Air Serv. Inc.* v. *Division of Fisheries & Game*, 342 Mass. 356."

*Interlocutory and final decrees affirmed.*

*Robert Clayton* for the plaintiff.
*Burton Peltz*, Assistant Attorney General, for the defendants.


EMMETT CADIGAN *vs.* STRAND GARAGE, INC. November 4, 1966. In this action of contract the plaintiff, a minor, seeks to recover from the seller the purchase price of an automobile. The judge found for the plaintiff. We see no point in quoting the defendant's requests for rulings or the judge's rulings on these requests. There was no error. The fact that the plaintiff's brother, who was over twenty-one years of age, was present and participated in the transaction does not remove the minor from the protection of the law if it is found that the minor was the sole purchaser of the vehicle. *Frye* v. *Yasi*, 327 Mass. 724. There was ample evidence to support such a finding.

*Exceptions overruled.*

*Maurice H. Kramer* for the defendant.
*William Coniaris* for the plaintiff.